UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:07-CV-35-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PATRICK KANE, | ) | |
| Defendant. | ) | |

Having considered the United States' motion for entry of default judgment and declaration in support thereof, any opposition thereto, the Court concludes that the motion should be allowed. Accordingly, it hereby is ORDERED that the United States' motion for entry of default judgment is ALLOWED. The Clerk of Court is DIRECTED to enter judgment in favor the United States and against defendant in substantially the following form:

> This action came on for consideration by the Court on the United States motion for entry of default judgment, and the Court having considered the arguments and declarations in support thereof;
>
> It is Ordered and Adjudged
>
> That the plaintiff, the UNITED STATES OF AMERICA, recover of the defendant, Patrick Kane, for unpaid federal income taxes, penalties and interest for the years 1992, 1993, 1994, 1995, 1996, 1998, 1999, 2000, 2002, 2003, 2004 and 2005, the sum of $1,229,252.36, plus interest accruing after July 1, 2008, until paid, at the rates established by 26 U.S.C. § 6621.

The Clerk is DIRECTED to distribute copies of this order to the representatives of the parties listed below.

SO ORDERED.

This the 22nd day of August, 2008.

James C. Fox
Senior United States District Judge

Copies to:
Jonathan D. Carroll
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

David P. Ferrell, Esq.
Vandeventer Black LLP
Post Office Box 2599
Raleigh, NC 27602-2599

Anne G. Bibeau
Vandeventer Black LLP
101 West Main Street , Suite 500
500 World Trade Center
Norfolk, VA 23510